APPROVED
*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RHONDA VANDIVER, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:10-cv-550 |
| v. | § |
| | § |
| HARTFORD LIFE & ACCIDENT | § |
| INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

**STIPULATION OF DISMISSAL**

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

Respectfully submitted,

BY: *s/R. Scott Wilson*  
Eric L. Buchanan  
R. Scott Wilson  
Jeremy L. Bordelon  
Eric Buchanan & Associates, PLLC  
414 McCallie Avenue  
Chattanooga, TN 37402  
(423)634-2506  

Attorneys for Plaintiff

BY: *s/William B. Wahlheim, Jr.*  
William B. Wahlheim, Jr.  
Grace R. Murphy  
Maynard, Cooper & Gale, PC.  
2400 Regions/Harbet Plaza  
1901 Sixth Avenue North  
Birmingham, AL 35203  
(205) 254-1000  

Attorneys for Defendant